UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.    11-cr-00424-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  LUIS FRANCIA-SALDANA,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    A Notice of Disposition, [ECF No. 12], was filed in the above matter on November 28, 2011.  Accordingly, the trial set for Monday, December 19, 2011, is **VACATED**.  A Change of Plea hearing is set for **Monday, January 30, 2012 at 1:30 p.m. in Courtroom A-1002.**

    **Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.**  If the documents are not timely submitted, the hearing will be **VACATED**.  **There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated:   November 30, 2011